Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE
----------------------------------------------------------------------X
**GLEASON INDUSTRIAL PRODUCTS, INC., and PRECISION PRODUCTS, INC.,** :
:
:
**Plaintiffs,** :
:
*v.* :
:
:
**THE UNITED STATES OF AMERICA;** :
**OFFICE OF THE UNITED STATES TRADE** :   **Court No. 20-03542**
**REPRESENTATIVE; ROBERT E. LIGHTHIZER,** :
**U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS** :
**& BORDER PROTECTION; MARK A. MORGAN,** :
**U.S. CUSTOMS & BORDER PROTECTION** :
**ACTING COMMISSIONER,** :
:
**Defendants.** :
----------------------------------------------------------------------X

**TO:**  The Above-Named Defendants:

You are hereby summoned and required to serve on Plaintiffs' attorney, whose name and address are set out below, an answer to the Complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Mario Toscano
Clerk of the Court

 /s/ Lawrence J. Bogard
Signature of Plaintiff's Attorney

September 22, 2020
    Date

/s/  Lawrence J. Bogard
NEVILLE PETERSON LLP
John M. Peterson
Richard F. O'Neill
Patrick B. Klein
1400 Sixteenth St. N.W., Suite 350
Washington, D.C. 20036
(202) 861-2959
lbogard@npwdc.com